FILED
2013 Oct-02 PM 02:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ALLEN HUGHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number: 2:12-cv-01131-JHE |
| | ) |
| BUREAU OF COLLECTION RECOVERY, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER DISMISSING CASE

A stipulation of dismissal, signed by all parties who have appeared, having been filed in this action, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this case is **DISMISSED**, **with prejudice**, each party to bear its own costs.

**DONE** and **ORDERED** this 2nd day of October 2013.

JOHN H. ENGLAND, III
UNITED STATES MAGISTRATE JUDGE